IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOHN DOE,
    Plaintiff,

v.

[Defendant(s)],
    Defendant(s).

Civil Action No.:

## MOTION TO PROCEED UNDER PSEUDONYM

Plaintiff respectfully moves this Honorable Court for leave to proceed under the pseudonym "John Doe," and in support thereof states the following:

1. Plaintiff is preparing to file or has filed a civil complaint involving matters of a highly sensitive and personal nature, including allegations that involve safety, potential retaliation, and long-standing institutional misconduct.

2. Disclosure of Plaintiff's legal name at this stage may compromise Plaintiff's physical and psychological safety, subject Plaintiff to further harm or harassment, and deter access to justice.

3. Federal courts have recognized the need for pseudonymous filings in exceptional circumstances where the Plaintiff's interests in anonymity outweigh the public interest in disclosure. See Doe v. Megless, 654 F.3d 404 (3d Cir. 2011).

4. Plaintiff intends to proceed in good faith, and is not seeking anonymity to obscure improper conduct, evade accountability, or gain unfair advantage.

5. Plaintiff is willing to disclose identity to the Court in camera (under seal) or through alternate means, if requested, and agrees to comply with all lawful orders of the Court.

WHEREFORE, Plaintiff respectfully requests that the Court grant leave to proceed under the pseudonym "John Doe," and for such other relief as this Court deems just and proper.

Respectfully submitted,

John Doe (Plaintiff)

[Address under seal requested]

[Phone number]

[Email address]

Dated: May 27, 2025

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOHN DOE,
    Plaintiff,

v.

[Defendant(s)],
    Defendant(s).

Civil Action No.:

## ORDER

AND NOW, this ____ day of _____, 2025, upon consideration of Plaintiff's Motion to Proceed Under Pseudonym, it is hereby ORDERED that the Motion is GRANTED.

Plaintiff is permitted to proceed in this matter under the pseudonym "John Doe." The Clerk of Court is directed to accept filings and docket entries under this pseudonym, and Plaintiff may file identifying information under seal as directed by the Court.

BY THE COURT:

_____

United States District Judge