IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| : | Case No. 2:25-cv-02771-JDW |
| JOHN DOE : | |

## ORDER

AND NOW, this 9th day of June, 2025, upon consideration of *pro se* Plaintiff John Doe's Motion to Proceed Under Pseudonym (ECF No. 2), it is **ORDERED** that the Motion is **DENIED WITHOUT PREJUDICE**. Mr. Doe has not yet filed a Complaint, and his Motion is conclusory and does not make the showing required to overcome the presumption that parties in Court will disclose their identities. Mr. Doe must provide enough information to permit me to determine whether he has a fear of severe harm from the disclosure of his identity and that the fear is reasonable. If Mr. Doe seeks to renew his motion to proceed pseudonymously, he must file it at the same time as the Complaint. The Clerk Of Court can then hold the Complaint under seal pending my ruling on the renewed motion.

It is **FURTHER ORDERED** that, upon consideration of Mr. Doe's Motion for Leave to Proceed *In Forma Pauperis* (ECF No. 1), is **DENIED WITHOUT PREJUDICE** for lack of sufficient financial information to allow me to determine whether he has the means to pay the fees to commence this case. In determining whether a plaintiff is eligible to proceed *in forma pauperis*, I must assess the plaintiff's financial status. Mr. Doe's financial circumstances are unclear from his Motion. Other than stating that he "has

limited or no income and does not possess sufficient assets to pay the required fees," (ECF No. 1 at 1), he provides no information about his financial circumstances. He does not provide details about his income or assets and provides no information about his liabilities. He does not describe how he is providing himself with the necessities of life such as food and shelter.

It is **FURTHER ORDERED** that the Clerk Of Court shall send Mr. Doe an appropriate non-prisoner application to proceed *in forma pauperis*, bearing the civil action number of this case. If Mr. Doe seeks to proceed *in forma pauperis*, then on or before June 27, 2025, he shall complete the form in a manner that makes clear how he is supporting himself and that clarifies the issues I have noted above. If other people are supporting Mr. Doe, he may indicate that fact in the motion. Alternatively, Mr. Doe may proceed with this case by paying $405 (comprising the $350 filing fee and $55 administrative fee) to the Clerk of Court on or before June 27, 2025.

If Mr. Doe seeks to proceed with this case, he must file a proper complaint in accordance with the Federal Rules of Civil Procedure on or before June 27, 2025. Any such complaint must identify Mr. Doe by name and must also identify all defendants who Mr. Doe intends to sue in the caption of the complaint in addition to identifying them in the body of the complaint, shall state the basis for Mr. Doe's claims against each defendant, shall state the basis for the Court's jurisdiction, and shall identify the relief that Mr. Doe seeks from the Court. The Court will not include as Defendants anyone

who Mr. Doe does not name in the caption. Upon the filing of a complaint, the Clerk shall not make service until I so order.

It is **FURTHER ORDERED** that the Clerk Of Court shall send Mr. Doe a blank copy of the Court's form complaint bearing the above civil action number, which he may use to file a proper complaint in this case. If Mr. Doe did not intend to initiate a federal lawsuit by mailing his submissions to the Court, or if, after review of this Order, Mr. Doe should decide not to further pursue this action, Mr. Doe may file a Notice of Dismissal Pursuant to Federal Rule of Civil Procedure 41(a).

If Mr. Doe fails to comply with any aspect of this Order his case may be dismissed without further notice for failure to prosecute.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
**JOSHUA D. WOLSON, J.**