UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

Edmund Randolph, Plaintiff

v.

75 Nutt Road LLC, Defendant

Civil Action No. 25-2771

## PLAINTIFF'S EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

Plaintiff Edmund Randolph respectfully moves for an emergency **Temporary Restraining Order** and **Preliminary Injunction** under Fed. R. Civ. P. 65 to preserve the status quo and prevent eviction from his longtime residence pending resolution of this case. Immediate relief is required because Defendant served a 30‑day termination notice dated July 30, 2025 requiring Plaintiff to vacate by August 30, 2025.

**Brief Background.** Plaintiff has leased a dwelling at 75 Nutt Road since 2009. On April 23, 2025, he filed **MDJ Docket CV‑62‑2025** in Magisterial District Court 15‑2‑01 regarding landlord retaliation. This dispute is related to the issues in this federal matter (Civil Action No. 25‑2771). Plaintiff had also filed a Pennsylvania ethics complaint involving a relative of the prior owner (Case No. **24‑69‑018911**). Shortly thereafter, the new owner—75 Nutt Road LLC—issued the July 30, 2025 vacate notice. Plaintiff is a disabled individual and a service‑connected veteran.

**Legal Standard.** A TRO/Preliminary Injunction may issue upon showing (1) likelihood of success on the merits; (2) irreparable harm absent relief; (3) the balance of equities favors the movant; and (4) relief serves the public interest. See *Fed. R. Civ. P. 65*.

**Irreparable Harm.** Loss of housing is irreparable: once evicted, Plaintiff cannot be made whole by money damages. Eviction would also disrupt disability‑related care and materially impair Plaintiff's ability to prosecute this action.

**Likelihood of Success.** The timing and context of the 30‑day notice—following Plaintiff's protected activities (ethics complaint, MDJ filing) and without stated lease breach—support a retaliation theory. Plaintiff's tenancy has been longstanding and in good standing.

**Balance of Equities.** Maintaining the status quo imposes minimal burden on Defendant compared to Plaintiff's severe hardship if evicted.

**Public Interest.** Preventing potentially retaliatory eviction and keeping a disabled veteran housed while litigation proceeds serve the public interest.

**Requested Relief.** Plaintiff requests that the Court (a) temporarily restrain and enjoin Defendant from enforcing the July 30, 2025 notice or otherwise evicting or interfering with

Plaintiff's tenancy; (b) set a prompt hearing on a preliminary injunction; and (c) grant such other relief as is just.

Dated: August 10, 2025

/s/ Edmund Randolph
Edmund Randolph, Plaintiff Pro Se

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

Edmund Randolph, Plaintiff

v.

75 Nutt Road LLC, Defendant

Civil Action No. 25-2771

[PROPOSED] ORDER

AND NOW, this _____ day of _____, 2025, upon consideration of Plaintiff's Emergency Motion for Temporary Restraining Order and Preliminary Injunction, it is ORDERED that the Motion is GRANTED as follows:

1. Defendant 75 Nutt Road LLC, and its officers, agents, employees, and those acting in concert with it, are TEMPORARILY RESTRAINED and ENJOINED from enforcing the July 30, 2025 termination notice or otherwise evicting or dispossessing Plaintiff from his dwelling pending further Order.
2. Defendant shall take no action to change locks, interrupt utilities, remove property, or otherwise interfere with Plaintiff's possession during the pendency of this Order.
3. A hearing on Plaintiff's request for a preliminary injunction is set for _____, 2025 at _____ __.m. in Courtroom ___.
4. The Court waives security or sets security in the nominal amount of $____ pursuant to Fed. R. Civ. P. 65(c).

BY THE COURT:

_____
Gerald J. McHugh
United States District Judge

## CERTIFICATE OF SERVICE

I certify that on August 10, 2025, I filed the foregoing Motion, Proposed Order, and Exhibits via the Court's ECF/Dropbox system in Civil Action No. 25‑2771 and served a copy by email and/or first‑class mail upon Defendant 75 Nutt Road LLC at its last known business address or contact of record.


/s/ Edmund Randolph
Edmund Randolph

# EXHIBIT A – Vacate Notice (Text Extract)

**75 Nutt Road LLC — Written Notice to Terminate Lease/Rental Term**
Date: July 30, 2025

Attention: **Tenant**

In accordance with your Lease Agreement with 75 Nutt Road LLC dated 2/11/2025:

**Landlord is terminating your lease.** Pursuant to Paragraph 5 of the Lease, the landlord hereby gives **Tenant thirty (30) days' written notice of termination**. **Tenant must vacate the property on or before August 30, 2025.**

## EXHIBIT B – MDJ Case Reference (Text Only)

**Magisterial District Court 15■2■01 (Chester County, PA)**
**Docket:** CV■62■2025
**Filing Date:** April 23, 2025
**Parties:** Edmund Randolph v. 75 Nutt Road LLC

(Text reference only; no image included.)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

Edmund Randolph

Plaintiff,

v.

[Defendant Name(s)]

Defendant(s).

Civil Action No. 25-2771

**REQUEST FOR REMOTE / VIRTUAL HEARING**

Plaintiff, Edmund Randolph, respectfully requests that any hearing on the pending Motion for Temporary Restraining Order and Preliminary Injunction in the above-captioned matter be conducted virtually, via the Court's electronic conferencing system (e.g., Zoom, Teams, or similar platform), rather than in-person.

This request is made to:

1. Avoid unnecessary travel and hardship to the Plaintiff, who has both civilian and service-connected disabilities.

2. Expedite the Court's consideration of this time-sensitive matter.

3. Ensure full and meaningful participation in the proceedings without undue delay or logistical obstacles.

Plaintiff is prepared to comply with any technical or procedural requirements established by the Court for such a virtual hearing.

Respectfully submitted,

Dated: August 10, 2025

/s/ Edmund Randolph