**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JOHN DOE** | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 25-2771** |
| | : | |
| **ADAM STATON**, *et al.* | : | |

**ORDER**

This 12th day of August, 2025, for the reasons that follow, it is hereby **ORDERED** that Plaintiff's Emergency Motion for Temporary Restraining Order and Preliminary Injunction (ECF 13) is **DENIED**.

In his Complaint, Plaintiff alleges that he was subjected to "institutional mistreatment" by former coaches and other administrative staff in the Phoenixville Area School District. ECF 9. The party against whom he seeks a TRO, 75 Nutt Road, LLC, is not a party to this action. Moreover, his motion for preliminary relief involves claims arising out of a landlord-tenant dispute, wholly unrelated to the factual claims in the operative Complaint. *See George v. Smith*, 507 F.3d 605, 607 (7th Cir. 2007) ("Unrelated claims against different defendants belong in different suits."). There is no legal basis on which the Court can grant Plaintiff the relief he seeks.

    /s/ Gerald Austin McHugh
United States District Judge