IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EDMUND RANDOLPH,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 25-CV-2771** |
| | : | |
| **ADAM STATON,** *et al.*, | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 2nd day of December, 2025, in light of *pro se* Plaintiff Edmund Randolph's failure to file an amended complaint in accordance with this Court's Order entered on October 2, 2025 (ECF No. 16), which informed Randolph that failure to file an amended complaint would be understood as an intention to stand on his Complaint and would result in final dismissal of this case, it is **ORDERED** that:

1. Mr. Randolph's case is **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

2. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

3. If Mr. Randolph did not intend to stand on his Complaint, he must move for reconsideration of this Order in accordance with Federal Rule of Civil Procedure 59(e), and attach his proposed amended complaint to that motion.

BY THE COURT:

/s/ Gerald Austin McHugh
**GERALD A. MCHUGH, J.**